| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    EDDY BERANOL POUERIET LOPEZ |

Order Filed on November 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-16865 RG

Hearing Date:  11/4/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 5, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): EDDY BERANOL POUERIET LOPEZ

Case No.: 18-16865

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/04/2020 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $736.00 starting on 11/1/2020 for the remaining 30 month(s).