| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on January 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Eddy Beranol Poueriet Lopez* | |
| In Re:<br><br>**EDDY BERANOL POUERIET LOPEZ,**<br><br>Debtor | Case No.: 18-16865<br><br>Chapter: 13<br><br>Judge: RG<br><br>Hg. Date: 1/5/21 |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED:** January 7, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:           2
Debtor(s):   Eddy Bernol Poueriet Lopez
Case No.:    18-16865-RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,600.00 for services rendered and expenses in the amount of $ 0 for a total of $1,600.00 of which $0 has already been received by said attorney and of which the balance of $1,600.00 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

   XX through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $799.00 per month for 28 months starting January 2021 to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16865-RG |
| Eddy Beranol Poueriet Lopez | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID        Recipient Name and Address**
db              + Eddy Beranol Poueriet Lopez, 22 Tremont Terrace, Irvington, NJ 07111-3710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**              **Email Address**

Adolfo S. De Martinis
                      on behalf of Creditor Doris G. Heber adolfos@demartinislaw.com  G29645@notify.cincompass.com

David G. Beslow
                      on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org
                      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                      magecf@magtrustee.com

Mark Goldman
                      on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org
                      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 07, 2021 | Form ID: pdf903 | Total Noticed: 1

Nicholas V. Rogers
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Phillip Andrew Raymond
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com
    mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8