Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16865−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddy Beranol Poueriet Lopez
   22 Tremont Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/19/21 at 10:00 AM

to consider and act upon the following:

**74** − Certification in Opposition to (related document:73 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 22 TREMONT TERRACE, IRVINGTON, NJ 07111−3710. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 04/22/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Mark Goldman on behalf of Eddy Beranol Poueriet Lopez. (Goldman, Mark)

Dated: 4/20/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court