Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−16865−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddy Beranol Poueriet Lopez
   22 Tremont Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 27, 2018.

On 6/24/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  August 4, 2021
Time:                  08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 25, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-16865-RG

Eddy Beranol Poueriet Lopez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Jun 25, 2021    Form ID: 185    Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddy Beranol Poueriet Lopez, 22 Tremont Terrace, Irvington, NJ 07111-3710 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517440419 | + | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517546712 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440423 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440425 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440427 | + | Fusco & Macaluso Partners, LLC, PO Box 838, 150 Passaic Ave, Passaic, NJ 07055-4702 |
| 517440429 | + | Mon Mouth Ocean Hospital, Service Corp., 4806 Megill Road Suite 3, Neptune, NJ 07753-6926 |
| 518144028 | + | Monmouth Ocean Hospital Service Corp, c/o GEM Recovery Systems, 800 Kinderkaack Road, Suite 206N, Oradell, NJ 07649-1554 |
| 517440430 | + | Rutherford Municipal Court, 176 Park Ave, Rutherford, NJ 07070-2399 |
| 517440435 | | St. Joseph's Emergency Physicians, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440436 | + | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440438 | + | Tolls by Mall, Po Box 15183, Albany, NY 12212-5183 |
| 517440439 | + | Transcontinental, Credit & Collection Corp, 6900 College Blvd Suite 550, Leawood, KS 66211-1596 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517440416 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 25 2021 20:48:31 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517440417 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 25 2021 20:48:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517440431 | + | Email/Text: bankruptcy@senexco.com | Jun 25 2021 20:43:00 | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440433 | | Email/Text: bankruptcy@senexco.com | Jun 25 2021 20:43:00 | Senex Services Corp, 333 Founds Rd, Indianapolis, IN 46268 |
| 517440441 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 25 2021 20:43:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 517440440 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 25 2021 20:43:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 8

Case 18-16865-RG    Doc 87    Filed 06/27/21    Entered 06/28/21 00:17:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: 185 | Total Noticed: 22 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517440421 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517440422 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517440420 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517583027 | *+ | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440424 | *+ | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440426 | *+ | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440432 | *+ | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440434 | * | Senex Services Corp, 333 Founds Rd, Indianapolis, IN 46268 |
| 517440437 | *+ | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440418 | ##+ | Doris Heber, 111 Columbia Ave, Passaic, NJ 07055-5918 |
| 517440428 | ##+ | MCS Claim Services Inc., 123 Frost St, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adolfo S. De Martinis | on behalf of Creditor Doris G. Heber adolfos@demartinislaw.com  G29645@notify.cincompass.com |
| David G. Beslow | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Nicholas V. Rogers | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: 185 | Total Noticed: 22 |

TOTAL: 8