Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−16865−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eddy Beranol Poueriet Lopez
    22 Tremont Terrace
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−3150

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 5, 2021.

Dated: August 5, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-16865-RG

Eddy Beranol Poueriet Lopez                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                                    Page 1 of 3
Date Rcvd: Aug 06, 2021                  Form ID: plncf13                                      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddy Beranol Poueriet Lopez, 22 Tremont Terrace, Irvington, NJ 07111-3710 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517440419 | + | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517546712 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440423 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440425 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440427 | + | Fusco & Macaluso Partners, LLC, PO Box 838, 150 Passaic Ave, Passaic, NJ 07055-4702 |
| 517440429 | + | Mon Mouth Ocean Hospital, Service Corp., 4806 Megill Road Suite 3, Neptune, NJ 07753-6926 |
| 518144028 | + | Monmouth Ocean Hospital Service Corp, c/o GEM Recovery Systems, 800 Kinderkaack Road, Suite 206N, Oradell, NJ 07649-1554 |
| 517440430 | + | Rutherford Municipal Court, 176 Park Ave, Rutherford, NJ 07070-2399 |
| 517440435 | | St. Joseph's Emergency Physicians, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440436 | + | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440438 | + | Tolls by Mall, Po Box 15183, Albany, NY 12212-5183 |
| 517440439 | + | Transcontinental, Credit & Collection Corp, 6900 College Blvd Suite 550, Leawood, KS 66211-1596 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517440416 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 06 2021 20:35:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517440417 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 06 2021 20:35:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517440431 | + | Email/Text: bankruptcy@senexco.com | Aug 06 2021 20:26:00 | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440433 | | Email/Text: bankruptcy@senexco.com | Aug 06 2021 20:26:00 | Senex Services Corp, 333 Founds Rd, Indianaplis, IN 46268 |
| 517440441 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 06 2021 20:26:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 517440440 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 06 2021 20:26:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 8

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: plncf13 | Total Noticed: 22 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517440421 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517440422 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517440420 | *+ | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517583027 | *+ | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440424 | *+ | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440426 | *+ | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440432 | *+ | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440434 | * | Senex Services Corp, 333 Founds Rd, Indianapolis, IN 46268 |
| 517440437 | *+ | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440418 | ##+ | Doris Heber, 111 Columbia Ave, Passaic, NJ 07055-5918 |
| 517440428 | ##+ | MCS Claim Services Inc., 123 Frost St, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adolfo S. De Martinis | on behalf of Creditor Doris G. Heber adolfos@demartinislaw.com  G29645@notify.cincompass.com |
| David G. Beslow | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Nicholas V. Rogers | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8