| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> **Chapter 13 Standing Trustee** |
|---|

Order Filed on January 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   EDDY BERANOL POUERIET LOPEZ

Case No.:  18-16865 RG

Hearing Date:  1/19/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 20, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): EDDY BERANOL POUERIET LOPEZ

Case No.: 18-16865

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/19/2022 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current through January 22' by 1/31/2022 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-16865-RG

Eddy Beranol Poueriet Lopez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jan 21, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddy Beranol Poueriet Lopez, 22 Tremont Terrace, Irvington, NJ 07111-3710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adolfo S. De Martinis | on behalf of Creditor Doris G. Heber adolfos@demartinislaw.com G29645@notify.cincompass.com |
| David G. Beslow | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;Go |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

ldmanBeslowLLC@jubileebk.net

Nicholas V. Rogers

on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Phillip Andrew Raymond

on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8