Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−16865−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddy Beranol Poueriet Lopez
   22 Tremont Terrace
   Irvington, NJ 07111
Social Security No.:
   xxx−xx−3150
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/22 at 10:00 AM

to consider and act upon the following:

*106* − Certification in Opposition to (related document:104 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/21/2022. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Eddy Beranol Poueriet Lopez. (Beslow, David)

Dated: 2/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court