Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−16865−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddy Beranol Poueriet Lopez
   22 Tremont Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/3/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eddy Beranol Poueriet Lopez  
    Debtor

Case No. 18-16865-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 03, 2022      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddy Beranol Poueriet Lopez, 22 Tremont Terrace, Irvington, NJ 07111-3710 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517440423 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440427 | + | Fusco & Macaluso Partners, LLC, PO Box 838, 150 Passaic Ave, Passaic, NJ 07055-4702 |
| 517440429 | + | Mon Mouth Ocean Hospital, Service Corp., 4806 Megill Road Suite 3, Neptune, NJ 07753-6926 |
| 518144028 | + | Monmouth Ocean Hospital Service Corp, c/o GEM Recovery Systems, 800 Kinderkaack Road, Suite 206N, Oradell, NJ 07649-1554 |
| 517440430 | + | Rutherford Municipal Court, 176 Park Ave, Rutherford, NJ 07070-2399 |
| 517440435 | | St. Joseph's Emergency Physicians, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440436 | + | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440438 | + | Tolls by Mall, Po Box 15183, Albany, NY 12212-5183 |
| 517440439 | + | Transcontinental, Credit & Collection Corp, 6900 College Blvd Suite 550, Leawood, KS 66211-1596 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517546712 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 03 2022 20:30:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440425 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 03 2022 20:30:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440416 | | EDI: JPMORGANCHASE | Jun 04 2022 00:28:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517440417 | | EDI: JPMORGANCHASE | Jun 04 2022 00:28:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517440419 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 03 2022 20:30:00 | EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519517091 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519517090 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 517440431 | + | Email/Text: bankruptcy@senexco.com | Jun 03 2022 20:29:00 | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440433 | | Email/Text: bankruptcy@senexco.com | Jun 03 2022 20:29:00 | Senex Services Corp, 333 Founds Rd, Indianaoplis, IN 46268 |
| 517440441 | + | EDI: VERIZONCOMB.COM | Jun 04 2022 00:28:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 517440440 | + | EDI: VERIZONCOMB.COM | Jun 04 2022 00:28:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517583027 | *+ | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517440424 | *+ | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 517440426 | *+ | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 517440421 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 517440422 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 517440420 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, EZ Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 517440432 | *+ | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 517440434 | * | Senex Services Corp, 333 Founds Rd, Indianapolis, IN 46268 |
| 517440437 | *+ | St. Joseph's Regional Medical Center, 703 Main Street, Paterson, NJ 07503-2621 |
| 517440418 | ##+ | Doris Heber, 111 Columbia Ave, Passaic, NJ 07055-5918 |
| 517440428 | ##+ | MCS Claim Services Inc., 123 Frost St, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adolfo S. De Martinis | on behalf of Creditor Doris G. Heber adolfos@demartinislaw.com G29645@notify.cincompass.com |
| David G. Beslow | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 03, 2022 | Form ID: 148 | Total Noticed: 24

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor LakeView Loan Servicing  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Eddy Beranol Poueriet Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Nicholas V. Rogers | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10